IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

v.                                                                  Case No. :  3:08cr79/MCR

MARK LYON,

_____

### DEFENDANT LYON'S MOTION TO MODIFY COURT'S ORDER ON MARCH 10, 2010

COMES NOW the Defendant, Mark Lyon, by and through his undersigned attorney and hereby moves this Honorable Court to enter an order modifying the Court's Order on March 10, 2010 and states the following:

1. Mr. Lyon is currently on supervised release pending his sentencing which is due to be held sometime following the conclusion of the trial of the remaining co-defendants in the alleged conspiracy.

2. Mr. Lyon has been on supervised release since he pled guilty to Count 1 and Count 2 of the Government's Indictment on November 7, 2008.

3. Since his release from custody, Mr. Lyon has continuously abided by all conditions of his supervised release.

4. Additionally, Mr. Lyon has been cooperating with the Government in this matter.

5.  Mr. Lyon is currently residing in Boca Raton, Florida with his aunt, Anita Hirsch.

6.  On March 10, 2010, this Honorable Court entered an order granting permission for Mr. Lyon to travel.

7.  Following his testimony, Mr. Lyon is requesting permission to travel to New York to visit his sister from March 23, 2010 until March 31, 2010 and to Las Vegas, Nevada from March 31, 2010 until April 9, 2010 to visit family members and to be with his mother while she undergoes surgery scheduled for April 5, 2010. After his visit to Las Vegas, Nevada, Mr. Lyon would like to return to Dix Hills, New York and live with his sister, Sandra Lasher, until Sentencing in his case.

8.  Pursuant to Rule 7.1(B), the undersigned attorney has conferred with Assistant United States Attorney, Michael J. Watling, and can state the Government does not oppose this Motion.

WHEREFORE the Defendant prays that this Court will enter an Order allowing the aforementioned request.

Respectfully submitted,

/s/ *John C. Beroset*
JOHN C. BEROSET
Beroset and Keene
1622 North 9th Avenue
Pensacola, FL  32503
Phone: (850) 438-3111
FBN:  657441
Counsel for Defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by electronic or U.S. Mail to the following parties on this day, March 23, 2010:

*Via Electronic Mail*
Assistant United States Attorney
Michael J. Watling, Esq.
21 East Garden Street, Ste. 400
Pensacola, Florida  32501
Ph:   444-4000
Fax: 434-9050

/s/ *John C. Beroset*
JOHN C. BEROSET
Beroset and Keene
1622 North 9th Avenue
Pensacola, FL  32503
Phone: (850) 438-3111
FBN:  657441
Counsel for Defendant

cc:     Mark Lyon